IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GILBERTO GUERRA
ADC #123482                                                             PETITIONER

v.                              No. 5:16-cv-57-DPM

WENDY KELLEY, Director, ADC                                             RESPONDENT

JUDGMENT

Guerra's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2016