IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GILBERTO GUERRA
ADC #123482                                                                                      PETITIONER

v.                                       No. 5:16-cv-57-DPM

WENDY KELLEY, Director, ADC                                              RESPONDENT

ORDER

Guerra moves for a certificate of appealability. It appears the motion may have been intended for the United States Court of Appeals for the Eighth Circuit. № 35 at 1. In any event, this Court remains convinced that Guerra's claims are time-barred and procedurally defaulted. № 32. His motion for a certificate of appealability from this Court, № 35, is therefore denied. 28 U.S.C. § 2253(c)(1)–(2); *Khaimov v. Crist*, 297 F.3d 783, 786 (8th Cir. 2002). Because no certificate will issue, Guerra's motion to appoint counsel, № 37-1, is denied as well.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 September 2016